IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| MARK FULTZ, ) | Civil Action No. 2:19:cv-708-RMG |
| ) | |
| Plaintiff, ) | |
| ) | |
| -versus- ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| FMH, L.P., a South Carolina Limited Partnership, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, the Plaintiff, with the consent of the Defendant, and stipulates that all claims that were that could have been asserted between the parties arising out of matters in the Complaint are ended and dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The dismissal is with prejudice and each party shall bear their own attorney fees and costs.

Dated this ___ day of September, 2019.

| | |
|---|---|
| s/ Anthony Brady | s/Graham P. Powell |
| Anthony J. Brady, Jr., Esq. | Graham P. Powell, Esq. |
| South Carolina Bar No. 7264 | Federal ID No.: 7722 |
| 1670-9 Springdale Drive – PMB 159 | Stephanie G. Brown |
| Camden, SC  29020-5001 | Federal ID No.: 123434 |
| Telephone: (561) 603-6387 | Wall, Templeton and Haldrup, P.A. |
| ladbrady@gmail.com | 145 King Street |
| and | Charleston, SC  29402 |
| John P. Fuller, Esq., *pro hac vice* | Telephone: (843) 329-9500 |
| Florida Bar No. 0276847 | Facsimile: (843) 329-9501 |
| Fuller, Fuller & Associates, P.A. | Graham.Powell@WallTempleton.com |
| 12000 Biscayne Boulevard, Suite 502 | Stephanie.Brown@WallTempleton.com |
| North Miami, FL  33181 | *Attorneys for Defendant* |
| Telephone: (305) 891-5199 | |
| Facsimile:  (305) 893-9505 | |
| jpf@fullerfuller.com | |
| *Attorneys for Plaintiff* | |
| | |
| Date:  9/16/19 | Date:  9/11/19 |

1